

FILE COPY

RE: Case No. 14-0524          DATE: 2/27/2015
    COA #: 12-13-00075-CV    TC#: 08CV30196
STYLE: KEY ENERGY SERVICES, LLC
    v. SHELBY COUNTY APPRAISAL DISTRICT

Today the Supreme Court of Texas denied the petition for review in the above-referenced case. (Justice Guzman not sitting)

MS. CATHY S. LUSK
CLERK, TWELFTH COURT OF APPEALS
1517 WEST FRONT, SUITE 354
TYLER, TX  75702